FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JABBAROW OYBEK JAMOLIVICH    )
                             )
            Petitioner       )
                             )
     v.                      )   Civil Action No. 10/28/05
                             )
GEORGE W. BUSH,              )
President of the United States )
                             )
DONALD RUMSFELD,             )
Secretary, United States Department )
of Defense                   )
                             )
ARMY BRIG. GEN. JAY HOOD     )
Commander, Joint Task Force- )
GTMO                         )
                             )
ARMY COL. BRICE GYURISKO     )
Commander, Joint Detention   )
Operations Group, JTF - GTMO )

Leave to file without
Prepayment of Cost GRANTED

CASE NUMBER   1:05CV02112
JUDGE: Reggie B. Walton
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 10/28/2005

PETITION FOR WRIT OF HABEAS CORPUS

1

GUAN-2005-T 04924   YOND HEAVY L  S

My NAME is Jabbarow Oybek Jamolivich.

I am detained in GUANTANAMO CUBA.

I would like to file a Petition of Habeas corpus in your court.

I also request to be Assisted by lawyer.

September 18, 2005

05 2112
FILED
OCT 28 2005

Reverse of DA FORM 2667-R, May 82

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT