IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )  Civil Action No. 05-CV-2010 (JR) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| JABBAROW OYBEK JAMOLIVICH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. 05-CV-2112 (RBW) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )  Civil Action No. 05-CV-2201 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| MOHAMMED AL AMIN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2336 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| GHASSAN ABDULLAH AL<br>    SHARBI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| AHMED BEN BACHA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2349 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2367 (RWR) |
| | ) | |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDULLAH ALI SALEH GERAB<br>ALSAAEI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2369 (RWR) |
| | ) | |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDUR RAZAKAH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2370 (EGS) |
| | ) | |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| AHMED AL DARBY, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2371 (RCL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ABDUL HALEEM, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2376 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ABDUL HAMID ABDUL SALAM | ) | |
| AL-GHIZZAWI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2378 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) Civil Action No. 05-CV-2379 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) |
| Respondents. | ) ) |
| ZAKARIA AL-BAIDANY, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) ) Civil Action No. 05-CV-2380 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) |
| Respondents. | ) ) |
| ISMAIL ALI AL RAMMI, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) ) Civil Action No. 05-CV-2381 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) |
| Respondents. | ) ) |

SALIM SAID, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH,
     President of the United States,
     *et al.,*

        Respondents.

Civil Action No. 05-CV-2384 (RWR)

AMER MOHAMMON, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH,
     President of the United States,
     *et al.,*

        Respondents.

Civil Action No. 05-CV-2386 (RBW)

JOBRAN SAAD AL-QUHTANI, *et al.,*

        Petitioners,

        v.

GEORGE W. BUSH,
     President of the United States,
     *et al.,*

        Respondents.

Civil Action No. 05-CV-2387 (RMC)

THABID, *et al.*,                               )
                                                )
        Petitioners,                )
                                                )
        v.                          )    Civil Action No. 05-CV-2398 (ESH)
                                                )
GEORGE W. BUSH,                                 )
        President of the United States, )
        *et al.,*                   )
                                                )
        Respondents.                )
                                                )

ALKHADR ABDULLAH AL YAFIE, *et al.*,)
                                                )
        Petitioners,                )
                                                )
        v.                          )    Civil Action No. 05-CV-2399 (RJL)
                                                )
GEORGE W. BUSH,                                 )
        President of the United States, )
        *et al.,*                   )
                                                )
        Respondents.                )

MOHAMMAD RIMI, *et al.*,                        )
                                                )
        Petitioners,                )
                                                )
        v.                          )    Civil Action No. 05-CV-2427 (RJL)
                                                )
GEORGE W. BUSH,                                 )
        President of the United States, )
        *et al.,*                   )
                                                )
        Respondents.                )

TALAH AHMED MOHAMMED
    ALI ALMJRD, *et al.*,

        Petitioners,

      v.                    Civil Action No. 05-CV-2444 (RMC)

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

SALEH ALI ABDULLAH AL
    SALAMI, *et al.*,

        Petitioners,

      v.                    Civil Action No. 05-CV-2452 (PLF)

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

FAHD UMAR ABDULMAJID AL
    SHAREEF, *et al.*,

        Petitioners,

      v.                    Civil Action No. 05-CV-2458 (RWR)

GEORGE W. BUSH,
    President of the United States,
    *et al.,*

        Respondents.

ANWAR KHAN, *et al.*,                                )
                                                     )
          Petitioners,                               )
                                                     )
     v.                                              )     Civil Action No. 05-CV-2466 (RCL)
                                                     )
GEORGE W. BUSH,                                      )
     President of the United States,                 )
     *et al.,*                                       )
                                                     )
          Respondents.                               )
                                                     )
MUBARK HUSSEIN, *et al.*,                            )
                                                     )
          Petitioners,                               )
                                                     )
     v.                                              )     Civil Action No. 05-CV-2467 (PLF)
                                                     )
GEORGE W. BUSH,                                      )
     President of the United States,                 )
     *et al.,*                                       )
                                                     )
          Respondents.                               )
                                                     )
AHMED AL-DELEBANY, *et al.*,                         )
                                                     )
          Petitioners,                               )
                                                     )
     v.                                              )     Civil Action No. 05-CV-2477 (RMU)
                                                     )
GEORGE W. BUSH,                                      )
     President of the United States,                 )
     *et al.,*                                       )
                                                     )
          Respondents.                               )
                                                     )

|  |  |  |
|---|---|---|
| | ) | |
| GHANIM-ABDULRAHMAN | ) | |
| AL-HARBI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2479 (HHK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel

for respondents in the above-captioned cases.

Dated:  January 5, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           KENNETH L. WAINSTEIN
                                           United States Attorney

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                              /s/ Terry M. Henry
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           NICHOLAS J. PATTERSON
                                           ANDREW I. WARDEN
                                           EDWARD H. WHITE

- 10 -

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents