IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH (ISN 452),<br><br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>  Respondents. | NOTICE OF APPEARANCE<br><br>Civil Action No. 05-2112 (RBW) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, Jabbarov Oybek Jamolivich (ISN 452), in this matter. Service upon counsel may be made to:

  Michael E. Mone, Jr.
  (MA BBO No. 634607)
  ESDAILE, BARRETT & ESDAILE
  75 Federal Street
  Boston, MA  02110
  (617) 482-0333

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

           Respectfully submitted,
           Counsel for Petitioner:

           */s/ Michael E. Mone, Jr.*
           Michael E. Mone, Jr.
           (MA BBO No. 634607)
           ESDAILE, BARRETT & ESDAILE
           75 Federal Street
           Boston, MA  02110
Dated: June 26, 2006       (617) 482-0333