IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH (ISN 452),<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents.* | NOTICE OF APPEARANCE<br><br>Civil Action No. 05-2112 (RBW) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, Jabbarov Oybek Jamolivich (ISN 452), in this matter. Service upon counsel may be made to:

>Michael E. Mone
>(MA BBO No. 351680)
>ESDAILE, BARRETT & ESDAILE
>75 Federal Street
>Boston, MA 02110
>(617) 482-0333

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

>Respectfully submitted,
>Counsel for Petitioner:
>
>*/s/ Michael E. Mone*
>
>Michael E. Mone
>(MA BBO No. 351680)
>ESDAILE, BARRETT & ESDAILE
>75 Federal Street
>Boston, MA 02110
>(617) 482-0333

Dated: June 26, 2006