IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH (ISN 452),<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | PRO BONO CERTIFICATION<br><br>Civil Action No. 05-2112 (RBW) |

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

_____
Michael E. Mone
(MA BBO No. 351680)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
(617) 482-0333

Dated:    June 26, 2006