IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JABBAROV OYBEK JAMOLIVICH**<br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.*,<br>Respondents. | )<br>)<br>)<br>)  Civil Action No. 05-2112-RBW<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ENLARGEMENT OF TIME FOR PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS

Petitioner respectfully requests an expansion of time under Federal Rule of Civil Procedure 6(b)(1) to respond to Respondents' Motion.

Respondents filed a motion on July 7, 2006 seeking special procedures with respect to detainee materials and expedited briefing on this subject. However, Petitioner has not had an opportunity to meet with counsel. A motion is currently pending before this Court seeking entry of the protective order so as to allow counsel access to Petitioner. See Mohammon, et al. v. Bush, et al., C.V. No. 05-2386-RBW, dkt no. 73. Undersigned counsel has not yet received security clearance. Undersigned counsel is, therefore, unable to communicate at all with Petitioner, or to discuss the ramifications of the Respondents' motion. Therefore, Petitioner requests an extension of time to respond to this motion. Petitioner asks that, after meeting with counsel in Guantánamo, he be given 10 days thereafter to respond to the Respondents' motion. See Proposed Order, attached herein.

- 2 -

        Respectfully submitted,
        PETITIONER,
        JABBAROV OYBECK JAMOLIVICH,
        By his attorney,

         / s /  Michael E. Mone, Jr.
        Michael E. Mone, Jr., Esquire
        BBO# MA-634607
        Esdaile, Barrett & Esdaile
        75 Federal Street
        Boston, MA 02110
        (617) 482-0333

Dated: July 21, 2006