IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH<br>  Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 05-2112-RBW |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Petitioners' Motion for Enlargement of Time to Respond to Respondents' July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing, it is hereby

**ORDERED** that the Motion is granted and Petitioner Jamolivich has 10 days upon habeas counsel returning from Guantánamo and meeting with Petitioner for the first time to respond to the Respondents' motion.

_____
Reggie B. Walton
United States District Judge