**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALIM GHEREBI,<br><br>   Petitioner,<br><br>   v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>   Respondents. | Civil Action No: 04-1164 (RBW) |
| ISA ALI ABDULLA ALMURBATI, et al.,<br><br>   Petitioners,<br><br>   v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>   Respondents. | Civil Action No: 04-1227 (RBW) |
| TAJ MOHAMMAD,<br><br>   Petitioner,<br><br>   v.<br><br>GEORGE W. BUSH, et al.,<br><br>   Respondents. | Civil Action No: 05-879 (RBW) |

```
_____
                                    )
ASIM BEN THABIT AL-KHALAQI,         )
                                    )
    Petitioner,                     )
                                    )
    v.                              )    Civil Action No: 05-999 (RBW)
                                    )
GEORGE W. BUSH, et al.,             )
                                    )
    Respondents.                    )
_____ )

_____
                                    )
ISSAM HAMID ALI BIN ALI AL JAYFI,   )
et. al.,                            )
                                    )
    Petitioners,                    )
                                    )
    v.                              )    Civil Action No: 05-2104 (RBW)
                                    )
GEORGE WALKER BUSH, et al.,         )
                                    )
    Respondents.                    )
_____ )

_____
                                    )
JABBAROW OYBEK JAMOLIVICH,          )
                                    )
    Petitioner,                     )
                                    )
    v.                              )    Civil Action No: 05-2112 (RBW)
                                    )
GEORGE WALKER BUSH, et al.,         )
                                    )
    Respondents.                    )
_____ )
```

```
_____
                                   )
ABDUL HALEEM, et. al.,             )
                                   )
    Petitioners,                   )
                                   )
v.                                 )    Civil Action No: 05-2376 (RBW)
                                   )
GEORGE WALKER BUSH, et al.,        )
                                   )
    Respondents.                   )
_____)

_____
                                   )
AMER MOHAMMON, et. al.,            )
                                   )
    Petitioners,                   )
                                   )
v.                                 )    Civil Action No: 05-2386 (RBW)
                                   )
GEORGE WALKER BUSH, et al.,        )
                                   )
    Respondents.                   )
_____)
```

**ORDER**

A judge of this Court may "transfer directly all or part of any case on the judge's docket to any consenting judge." L. Civ. R. 40.6(a). On August 3, 2006, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which a majority of the judges agreed to transfer to Judge James Robertson, with his consent, all motions relating to the impoundment and review of certain potentially privileged materials collected by respondents from detention facilities at the United States Naval Station in Guantanamo Bay, Cuba. In accord with the August 3, 2006 Resolution of the Executive Session, and in the interest of achieving coordinated and expedited resolution of such motions, it is hereby

ORDERED this 19th day of September, 2006, that all such motions in the above-

captioned actions are transferred to Judge Robertson for decision.

    SO ORDERED.

                                    REGGIE B. WALTON  
                                    United States District Judge