IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2112 (RBW) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF FILING OF OPPOSITION TO RESPONDENTS' MOTION TO DISMISS, MOTION FOR A STAY-AND-ABEY ORDER, AND NOTICE OF INTENT TO FILE PETITION UNDER THE DETAINEE TREATMENT ACT

Petitioner Jabbarov Oybek Jamolivich, through his undersigned counsel, hereby gives notice of filing of his Opposition to Respondents' Motion to Dismiss, Motion for a Stay-and-Abey Order, and Notice of Intent to File a Petition Under the Detainee Treatment Act.  This motion has been sent to the CSO for review prior to filing.

Dated: May 3, 2007

                                              Respectfully submitted,
                                              Counsel for the Petitioner:


                                              /s/ Michael E. Mone Jr.
                                              Michael E. Mone, Jr.
                                              (MA BBO No. 634607)
                                              ESDAILE, BARRETT & ESDAILE
                                              75 Federal Street
                                              Boston, MA  02110
                                              (617) 482-0333