IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JABBAROV OYBEK JAMOLIVICH, | ) ) ) | |
| *Petitioner*, | ) ) | |
| *v*. | ) ) | Civil Action No. 05-CV-2112 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) | |

# [PROPOSED] ORDER

The Court having considered Petitioner's Motion for Stay-and-Abey Order,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending Petitioner's exhaustion of those remedies, and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) ("*Boumediene I*") or the Supreme Court's resolution on the merits of the same jurisdictional issue as presented in a pending original habeas petition in *In re Ali*, No. 06-1194.

Dated: _____                    _____
                                          Reggie B. Walton
                                          United States District Judge