*CLEARED FOR PUBLIC FILING*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JABBAROV OYBEK JAMOLIVICH,<br>  Petitioner,<br><br>    *v.*<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | )<br>)<br>)<br>)  **Civil Action No. 05-2112-RBW**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS HABEAS PETITION AS DUPLICATIVE

Now comes the Petitioner in the above-encaptioned matter and moves this Honorable Court to dismiss this matter without prejudice because it is duplicative of another Habeas proceeding (*Mohammon* 05-2386 (RBW)) to which Petitioner Jabbarov is a party.

Petitioner intends to proceed with his habeas petition as a party to *Mohammon v. Bush*, 05-2386 (RBW).

                                              Respectfully submitted,

                                              By his attorney,

                                              / s /  Michael E. Mone, Jr.
                                              Michael E. Mone, Jr., Esquire
                                              BBO# MA-634607
                                              Esdaile, Barrett & Esdaile
                                              75 Federal Street
                                              Boston, MA 02110
                                              (617) 482-0333

Dated: May 14, 2008