IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JABBAROV OYBEK JAMOLIVICH, | ) ) ) | |
| *Petitioner*, | ) ) | |
| *v*. | ) ) | Civil Action No. 05-CV-2112 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) ) | |

**JOINT STATUS REPORT**

In response to the Court's Order of June 20, 2008, requesting a joint status report updating the Court as to the status of the petitioner in this case, the parties reply as follows:

1.      Petitioner Jabbarov remains in the custody of the United States government at the U.S. Navy Base at Guantánamo Bay, Cuba.

2.      Respondents notified Petitioner in February 2007 that he was "approved to leave Guantánamo, subject to the process for making appropriate diplomatic arrangements for his departure."

3.      Petitioner has a duplicative habeas petition pending in this Court (*Mohammon v. Bush*, 05-CV-2386 (RBW)).

4.      Petitioner previously filed a motion to dismiss the instant case (dkt. 29), since it is duplicative of his petition in *Mohammon* (05-2386). Respondents do not oppose dismissal of the instant case.

5.   Accordingly, petitioner will pursue his habeas petition in *Mohammon* (05-2386) .

Respectfully submitted,

| | |
|---|---|
| By the PETITIONER, | By the RESPONDENTS, |
| JABBAROV OYBEK JAMOLIVICH, | GEORGE W. BUSH, et al |
| By his attorney, | By their attorney, |
| | |
| / s / Michael E. Mone, Jr. | /s/ Andrew I. Warden |
| Michael E. Mone, Jr., Esquire | Andrew I. Warden, Esq., Trial Attorney |
| Esdaile, Barrett & Esdaile | U.S. Department of Justice |
| 75 Federal Street | Civil Division, Federal Programs Branch |
| Boston, MA 02110 | 20 Massachusetts Ave., NW, Room 7144 |
| (617) 482-0333 | Washington, DC 20530 |

Dated:  June 26, 2008