FILED WITH THE COURT SECURITY OFFICER
CSO: [signature]
DATE: 6/26/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Almurbati v. Bush | ) | Case No. 04-CV-1227 (RBW) |
| Karim v. Bush | ) | Case No. 05-CV-00883 (RBW) |
| Saeed and Al-Adahg v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Mohammon v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Jamolivich v. Bush | ) | Case No. 05-CV-2112 (RBW) |
| Haleem v. Bush | ) | Case No. 05-CV-2376 (RBW) |
| Al Barkati v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Amon v. Bush | ) | Case No. 05-CV-1493 (RBW) |
| Battayav v. Bush | ) | Case No. 05-CV-00714 (RBW) |

### Notice of Withdrawal of Appearance

The undersigned counsel hereby gives notice that he is withdrawing his appearance in the above listed actions. Counsel has never represented any party in the actions. Counsel's appearance was inadvertently docketed in these actions when he filed a joint submission in several related cases, including the actions listed above on October 20, 2006.

Dated: June 26, 2008

Respectfully submitted,

\s\ [signature]
Wesley R. Powell, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000

Counsel for *Al Jayfi* Petitioners